**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 21, 2011

Lyle W. Cayce
Clerk

No. 10-10063
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

TONY LYNN COLIN HEAD,

Defendant-Appellant

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:09-CR-13-1

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

Tony Lynn Colin Head appeals the 18-month sentence imposed upon revocation of his supervised release. "This Court must examine the basis of its jurisdiction, on its own motion, if necessary." *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). Head has served the sentence of imprisonment imposed upon revocation, and the district court imposed no further term of supervised release. Therefore, Head has no "concrete and continuing injury," and there is no case or

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

controversy over which this court may exercise jurisdiction under Article III, § 2, of the Constitution. *See Spencer v. Kemna*, 523 U.S. 1, 7, 14 (1998).

The appeal is DISMISSED as MOOT.